UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Lindsey Judge v. Bayer Corporation, et al.* | No. 11-cv-11767-DRH |
| *Kendra Kelsey v. Bayer Corporation, et al.* | No. 10-cv-10573-DRH |
| *Lindsey Kennedy v. Bayer Healthcare Pharmaceuticals, Inc., et al* | No. 11-cv-11831-DRH |
| *Amanda Kiltz v. Bayer Corporation, et al.* | No. 10-cv-20125-DRH |
| *Alisha Kirkpatrick v. Bayer Corporation, et al.* | No. 10-cv-11520-DRH |
| *Allison Knight v. Bayer Healthcare Pharmaceuticals, Inc., et al.* | No. 10-cv-12374-DRH |
| *Angela Kopecky v. Bayer Corporation, et al.* | No. 10-cv-12235-DRH |
| *Ashley Lambert v. Bayer Corporation, et al.* | No. 11-cv-12881-DRH |
| *Catherine Lazauskas v. Bayer Corporation, et al.* | No. 13-cv-10370-DRH |
| *April L. Leonard v. Bayer Corporation, et al.* | No. 12-cv-10288-DRH |
| *Kristie Leonard v. Bayer Corporation, et al.* | No. 10-cv-11311-DRH |
| *Sara Lestage v. Bayer Corporation, et al.* | No. 10-cv-20250-DRH |
| *Dominique Lewis v. Bayer Healthcare Pharmaceuticals, Inc., et al* | No. 11-cv-11859-DRH |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** These matters are before the Court for the purpose of docket control.

2

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on July 30, 2014, the above captioned cases are **DISMISSED** with prejudice.  Each party shall bear their own costs.

                                          JUSTINE FLANAGAN,
                                          ACTING CLERK OF COURT

                                          BY:   /s/*Caitlin Fischer*
                                                        **Deputy Clerk**

**Dated:**  July 31, 2014

Digitally signed by David R. Herndon
Date: 2014.07.31 09:17:27 -05'00'

**APPROVED:**
    **CHIEF JUDGE**
    **U. S. DISTRICT COURT**